**No. 69267.**—J. Gerber & Co., Inc., and Novelty Veiling Co., Inc. *v.* United States, protests 64/4174 and 62/15007 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. 69268.**—Gross Plumbing & Rubber Co. *v.* United States, protest 62/12851 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 28, 1965

**No. 69269.**—Baldwin Manufacturing Corp. et al. *v.* United States, protests 58/7775, etc. (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.